46 So.2d 856

**ALABAMA PUBLIC SERVICE COMMIS-
SION v. R. O. BLACK.**

**3 Div. 565.**

Supreme Court of Alabama.

May 11, 1950.

A. A. Carmichael, Atty. Gen., for appellant.

Adams & Gillmore, of Grove Hill, for appellee.

PER CURIAM.

Appeal dismissed.

44 So.2d 27

**ALABAMA GREAT SOUTHERN R. CO. et
al. v. R. F. ROSE et al.**

**7 Div. 16.**

Supreme Court of Alabama.

Jan. 10, 1950.

Lusk, Swann & Burns, of Gadsden, for appellants.

Scott & Dawson, of Fort Payne, for appellees.

PER CURIAM.

Appeal dismissed, motion of appellants.

44 So.2d 27

**Nan Andrews ANDERSON v. Gus
SCHULTZ.**

**I Div. 360.**

Supreme Court of Alabama.

Jan. 19, 1950.

C. LeNoir Thompson, of Bay Minette, for appellant.

Hybart, Chason & Stone, of Bay Minette, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

44 So.2d 27

**H. B. BAILEY v. George KIRKPATRICK.**

**2 Div. 271.**

Supreme Court of Alabama.

Nov. 3, 1949.

Geo. M. Van Tassel, of Tuscaloosa, for appellant.

Huey, Welch & Stone, of Bessemer, and Ira D. Pruitt, of Livingston, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.